IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CLIFFORD J. FAIRFAX,

    Plaintiff,
v.                                              Case No.  4:16cv526-MW/CAS

MIKE WOOD,
LEON COUNTY, et al.,

    Defendants.
_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 22, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 29.   Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.   Plaintiff's motion to certify action as a class action, ECF No. 19, is **DENIED** and this case is **remanded t**o the Magistrate Judge for further proceedings.

SO ORDERED on November 1, 2016.

                                        s/Mark E. Walker            ____
                                        **United States District Judge**