**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**CLIFFORD J. FAIRFAX,**

       **Plaintiff,**

**v.**                           **Case No.  4:15cv526-MW/CAS**

**MIKE WOOD,
LEON COUNTY, et al.,**

       **Defendants.**
_____/

**ORDER ACCEPTING
REPORT AND RECOMMENDATION**

       This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 43.  Upon consideration, no objections having been filed by the parties,

       IT IS ORDERED:

       The report and recommendation is **accepted and adopted** as this Court's opinion.    The Clerk shall enter judgment stating, "This case is DISMISSED for failure to prosecute and failure to comply with Court orders." The Clerk shall close the file.

       **SO ORDERED on March 21, 2017.**

                                  **s/Mark E. Walker_____**
                                  **United States District Judge**